No. 446. BOSTON BROADCASTING CO. *v.* FEDERAL RADIO COMM'N. October 23, 1933. Petition for writ of certi-

680

orari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph C. Fehr* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Stephens* for respondent.

No. 447. POTE *v.* FEDERAL RADIO COMM'N. October 23, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Joseph C. Fehr* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Stephens* for respondent.